NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Brent H. Blakely (SBN 157292)
Tiffany L. Joseph (SBN 247495)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038-2401
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

ATTORNEYS FOR  Plaintiffs Artful Dodger, LLC, et al.

FILED

2008 JUL -1  A II: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTFUL DODGER, LLC, a Delaware Limited Liability Company; et al., <br><br> v. <br><br> Plaintiff(s), <br><br> OAKLAND FAMILY OUTLET, an unknown business entity; KIL CHA LEE, an individual; et al. <br><br> Defendant(s) | CASE NUMBER **C08 03159 HRL** | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs Artful Dodger, LLC, et al. (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Artful Dodger, LLC | Plaintiff |
| Bestford USA Inc. dba Evisu | Plaintiff |
| General Motors Corporation | Plaintiff |
| Christian Casey LLC dba Sean John | Plaintiff |
| Oakland Family Outlet | Defendant |
| Kil Cha Lee | Defendant |

6/27/08
Date

Sign

Brent H. Blakely
Attorney of record for or party appearing in pro per