✎ AO 120 (Rev. 2/99)

| TO:     Mail Stop 8<br>        Director of the U.S. Patent & Trademark Office<br>        P.O. Box 1450<br>        Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court <u>Northern District of California</u> on the following ☐ Patents or  x Trademarks:

| DOCKET NO.<br>CV 08-03159 HRL | DATE FILED<br>7/1/2008 | U.S. DISTRICT COURT<br>280 South First St, Rm 2112, San jose, CA 95113 |
|---|---|---|
| PLAINTIFF<br>ARTFUL DODGER, LLC., ET AL. | | DEFENDANT<br>OAKLAND FAMILY OUTLET, ET AL. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHED COMPLAINT |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>        Richard W. Wieking | (BY) DEPUTY CLERK<br>        Betty Walton | DATE<br>        July 1, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**