NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

BRENT H. BLAKELY, ESQ.
BLAKELY LAW GROUP
915 NORTH CITRUS AVENUE
HOLLYWOOD. CA 90038
Telephone: (323) 464-7400

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| ARTFUL DODGER, LLC, ET AL. | CASE NUMBER |
| Plaintiff. | C 08-03159 HRL |
| OAKLAND FAMILY OUTLET, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION GENERAL INFORMATION PACKAGE; ECF INFORMATION PACKAGE; ADR INFORMATION PACKAGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION INFORMATION PACKET

in the within action by personally delivering true copies thereof to the person served as follows:

```
        Served           : OAKLAND FAMILY OUTLET, AN UNKNOWN BUSINESS ENTITY

        By Serving       :Cindy Lee, Person In Charge / Authorized To Accept
                          Service Of Process

        Address          : ( Business ) OAKLAND FAMILY OUTLET

                           9306 International Boulevard
                           Oakland. Ca 94603
        Date of Service  : July 21, 2008

        Time of Service  : 4:26PM
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 21. 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1170

Signature: _____
JASON SMITH

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : ARTFUL DODGER. LLC. ET AL.
Defendant : OAKLAND FAMILY OUTLET. ET AL.
```

Ref # 70889523          **DECLARATION OF MAILING**          Case No. C 08-03159 HRL

```
At the time of service I was at least eighteen years of age and not a party
to this action, and I served copies of the:
  SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE
  OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER
  REGARDING CASE MANAGEMENT IN CIVIL CASES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
  CALIFORNIA, SAN JOSE DIVISION GENERAL INFORMATION PACKAGE; ECF INFORMATION PACKAGE; ADR INFORMATION PACKAGE;
  CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION INFORMATION PACKET


in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Jose, California, addressed as follows:


            OAKLAND FAMILY OUTLET, AN UNKNOWN BUSINESS ENTITY

            ( Business ) OAKLAND FAMILY OUTLET
            9306 International Boulevard
            Oakland. Ca 94603

            Date of mailing: July 21. 2008



Person serving:                     Fee for service:
ROBINA ALVES                        Registered California process server.
                                    (1) Employee or independent contractor.
County Legal & Notary Service       (2) Registration no.: 1029
255 N. Market Street, Suite 246     (3) County: SANTA CLARA
San Jose, California 95110
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.



Date: July 21. 2008                 Signature: /s/ Robina Alves
```