NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

BRENT H. BLAKELY, ESQ.
BLAKELY LAW GROUP
915 NORTH CITRUS AVENUE
HOLLYWOOD, CA 90038
Telephone: (323) 464-7400

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| ARTFUL DODGER, LLC, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | C 08-03159 HRL |
| OAKLAND FAMILY OUTLET, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION GENERAL INFORMATION PACKAGE; ECF INFORMATION PACKAGE; ADR INFORMATION PACKAGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION INFORMATION PACKET

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : KIL CHA LEE, AN INDIVIDUAL

By Serving        : Cindy Lee, Person In Charge / Authorized To Accept
                    Service Of Process
Address           : ( Business ) OAKLAND FAMILY OUTLET

                    9306 International Boulevard
                    Oakland, Ca 94603
Date of Service   : July 21, 2008

Time of Service   : 4:26PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 21, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA                    Signature: _____
Number 1170                                          JASON SMITH

BRENT H. BLAKELY. ESQ.
BLAKELY LAW GROUP
915 NORTH CITRUS AVENUE
HOLLYWOOD, CA 90038
Telephone: (323) 464-7400
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : ARTFUL DODGER. LLC. ET AL.
Defendant : OAKLAND FAMILY OUTLET. ET AL.

Ref # 70889524            **DECLARATION OF MAILING**            Case No. C 08-03159 HRL

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION GENERAL INFORMATION PACKAGE; ECF INFORMATION PACKAGE; ADR INFORMATION PACKAGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION INFORMATION PACKET

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:


            KIL CHA LEE, AN INDIVIDUAL

            ( Business ) OAKLAND FAMILY OUTLET
            9306 International Boulevard
            Oakland. Ca 94603

            Date of mailing: July 21, 2008


Person serving:                         Fee for service:
ROBINA ALVES                            Registered California process server.
                                        (1) Employee or independent contractor.
County Legal & Notary Service           (2) Registration no.: 1029
255 N. Market Street, Suite 246         (3) County: SANTA CLARA
San Jose, California 95110
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: July 21, 2008                     Signature: /s/ Robina Alves